Magistrate Judge David W. Christel

_____ FILED _____ LODGED

_____ RECEIVED

Nov 02, 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff

v.

RYAN JAMES TOWNSEND,

Defendant.

CASE NO. 3:23-mj-05393

COMPLAINT for VIOLATION

Title 21, United States Code,
Sections 841(a)(1) and 841(b)(1)(C) and
Title 18, United States Code, Section
924(c)(1)(A)(i)

BEFORE, David W. Christel, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Possession of a Controlled Substance with Intent to Distribute )**

On or about August 2, 2023, in Pierce County, within the Western District of Washington, RYAN JAMES TOWNSEND, did knowingly and intentionally possess with intent to distribute methamphetamine, a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

Complaint - 1
*United States v. Townsend/* MJ23-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

**(Carrying a Firearm During and In Relation to a Drug Trafficking Crime )**

On or about August 2, 2023, in Pierce County, within the Western District of Washington, RYAN JAMES TOWNSEND, knowingly carried a firearm, that is: a FN Five Seven handgun, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled a Substance with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

And the complainant states that this Complaint is based on the following information:

I, DAVID LASALATA, being first duly sworn on oath, depose and say:

### AGENT BACKGROUND AND INTRODUCTION

1.    I am a Detective with the Puyallup Police Department and Task Force Officer with the DEA. I have been employed by the Puyallup Police Department since August 2016, and previously assigned to the Crime Suppression Unit from 2019 to 2020. I am currently assigned to the Tacoma Resident Office of the Drug Enforcement Administration. As a Task Force Officer with the DEA, I have been trained to investigate a variety of crimes, including cases involving violations of the Controlled Substance Act, Title 21, United States Code, Section 801 *et seq*., and related offenses. I have received training in the enforcement and investigation of the Controlled Substance Act.

2.    My formal training includes a Bachelor's Degree in Exercise Science and a Master's Degree in Education from Pacific Lutheran University. Upon joining the Puyallup Police Department, I completed 720 hours of training at the Basic Law Enforcement Academy, where I was trained in the areas of Criminal Investigations, Narcotics Investigation, Interview Skills, Criminal Law, Criminal Procedures, Court Orders, and Search Warrants. I have also completed the 80-hour Seattle Police

Complaint - 2
*United States v. Townsend/* MJ23-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Undercover Operations/Investigations School as well as DEA Task Force Officer training. Additionally, I have completed Washington State Tactical Officer's Association (WSTOA) 60-hour Basic SWAT Course, 24-hour Advanced SWAT Course and 30-hour Tactical Response to Suicide Bombing. I have completed the Washington State Criminal Justice Training Commission 80-hour level-one defensive tactics instructor course and hold the position of Defensive Tactics Instructor for the Puyallup Police Department. I have attended over 70-hours of specific narcotics investigative training from both the California Narcotics Officers Association (CNOA) and Washington State Narcotics Investigators Association (WSNIA) on numerous drug-related topics.

3.      During the course of my law enforcement career, I have been involved in investigations of numerous criminal offenses, including the offenses involved in the current investigation. I have participated in criminal investigations of illicit drug trafficking organizations, ranging from street-level dealers to major dealers, to include Mexico-based drug trafficking organizations. These investigations have also included the unlawful possession with intent to distribute, and distribution of controlled substances; the related laundering of monetary instruments; the conducting of monetary transactions involving the proceeds of specified unlawful activities; and conspiracies associated with criminal narcotics offenses. These investigations have included use of the following investigative techniques: confidential informants; undercover agents; analysis of pen register, trap and trace, and toll records; physical and electronic surveillance; wiretaps; and the execution of search warrants. I have interviewed defendants at the time of their arrests and have debriefed, spoken with, or interviewed numerous drug dealers or confidential sources (informants), to include proffer interviews, who were experienced in speaking in coded conversations. I have gained knowledge regarding the various methods, techniques, codes, and/or jargon used by drug traffickers in the course of their criminal activities, including their use of cellular

Complaint - 3
*United States v. Townsend/* MJ23-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

telephones and other electronic devices to facilitate communications while avoiding law enforcement scrutiny.

4. I have authored, planned, and participated in the execution of search warrants authorizing the search of locations associated with drug traffickers and their co-conspirators, such as residences, businesses, storage facilities, and vehicles. Additionally, I have authored and supervised the execution of dozens of tracking warrants, including multiple tracking warrant affidavits for vehicles and cellular telephones.

5. I have worked on drug and gang investigations involving the use of court-authorized wiretaps under Title III. In that capacity, I have had the opportunity to monitor, and listen to the content of intercepted conversations involving the trafficking of methamphetamine, fentanyl, heroin, cocaine and other narcotics, by persons who used some form of code to attempt to thwart law enforcement detection.

6. I have trained with, analyzed, discussed, and learned from other law enforcement officers and investigators who have vast knowledge and experience these matters.

7. These investigations that I have been a part of have resulted in numerous state and federal prosecutions of individuals who have possessed or distributed controlled substances, including methamphetamine, heroin, suspected fentanyl pills, as well as the seizure of those illegal drugs and the proceeds from their sale.

8. The facts set forth in this affidavit arise from my personal and direct participation in the investigation, my experience and training as an DEA Task Force Officer, my conversations with witnesses and other law enforcement personnel, including consultations with other agents participating in this and related investigations, and my review of relevant documents and reports. I have not included every fact known to me or other investigative personnel concerning this investigation. My specialized training and experience in drug investigations as well as the assistance and input of

Complaint - 4
*United States v. Townsend/* MJ23-

experienced fellow investigators, form a basis for my opinions and conclusions, which I drew from the facts set forth herein.

9.      As set forth below, there is probable cause to believe that defendant Ryan James TOWNSEND, committed the criminal offenses alleged above in Counts 1 and 2. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact known concerning this investigation. I have set forth only the facts I believe are essential for a fair determination of probable cause.

### SUMMARY OF PROBABLE CAUSE

10.      On August 2, 2023, Officer Dimitry Kulibaba was driving a marked black and white Puyallup Police Department ("PPD") vehicle. Office Kulibaba attempted to stop a black Mercedes on the 1400 block of S. Meridian as the vehicle was not displaying a license plate. When Office Kulibaba attempted to pull the vehicle over, he observed that the driver accelerated and drove on to State Route ("SR") 512 going eastbound. Officer Kulibaba did not attempt to pursue the vehicle, however Officer Kulibaba observed that the vehicle was stopped in traffic. Officer Kulibaba was able to pull up to the Mercedes and took photographs of the driver, who, as discussed in further detail below, was eventually identified as TOWNSEND.

11.      After Officer Kulibaba took photographs of TOWNSEND, he observed the vehicle take the offramp to East Pioneer Street. Officer Kulibaba exited SR512 at East Pioneer Street, and observed the Mercedes driven by TOWNSEND was involved in a collision with a second vehicle. Officer Kulibaba observed that the driver of the vehicle had fled the scene.

12.      PPD Officer Nathan Jendrick, who had received the picture of TOWNSEND driving the Mercedes, observed TOWNSEND walking east on East Pioneer Street. When Officer Jendrick attempted to stop TOWNSEND, TOWNSEND fled on foot, running southbound. TOWNSEND was eventually taken into custody after a foot pursuit.

13.      After TOWNSEND was taken into custody, PPD officers obtained a search warrant for his Mercedes. During the search of the Mercedes, officers recovered a digital

Complaint - 5
*United States v. Townsend/* MJ23-

scale, and a black shoulder bag that contained a large plastic bag of methamphetamine that weighed 300 gross grams, and a second plastic bag containing approximately 14 gross grams of additional methamphetamine.  Underneath the black shoulder bag, officers recovered two debit cards in TOWNSEND's name. In the glove box, officers recovered a loaded FN Five Seven handgun, with one round in the chamber and a loaded magazine.

14.    I know, based on my training and experience, that the above-described controlled substances are inconsistent with personal use, and are more consistent with distribution quantities of controlled substances.

15.    Based on the above facts, I respectfully submit that there is probable cause to believe that Ryan James TOWNSEND committed the drug and firearm offenses alleged in this Complaint.

\
DAVID LASALATA, Complainant
Task Force Officer, DEA

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 2nd day of November, 2023.

\
DAVID W. CHRISTEL
United States Magistrate Judge

Complaint - 6
*United States v. Townsend/* MJ23-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970